# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00571-BNB

PHILIP HILL,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JOE ORTIZ,
COLORADO TERRITORIAL CORRECTIONAL FACILITY,
CORRECTIONAL CORPORATION OF AMERICA,
EXECUTIVE DIRECTOR OF CCA,
PUEBLO STATE HOSPITAL,
CROWLEY COUNTY CORRECTIONAL FACILITY,
CHRISTINE MILLER,
JOHN AND JANE DOES OF CCF, PCH, and CTCF, and
STEPHEN SCHOENMAKERS,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 1 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER OF RECUSAL

---

Section 455(a), 28 U.S.C., requires that a judge disqualify or recuse himself where "his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. *United States v. Gigax*, 605 F.2d 507, 511 (10th Cir. 1979). "In determining whether a judge should recuse under § 455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality under all circumstances." *Id.*; *Webbe v. McGhie Land Title Co.*, 549 F.2d 1358, 1361 (10th Cir. 1977).

After reviewing the case file, I conclude that I should recuse myself from further service in this case. Accordingly,

IT IS ORDERED that I hereby recuse myself from any further service in this matter.

IT IS FURTHER ORDERED that the Clerk of the Court shall cause this case to be reassigned to another magistrate judge.

DATED at Denver, Colorado, this __24th__ day of __May_____, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  07-cv-00571-BNB

Philip Hill
Prisoner No. 125252
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700


       I hereby certify that I have mailed a copy of the **ORDER**  to the above-named individuals on _6/1/07_

GREGORY C. LANGHAM, CLERK

By:_____
                 Deputy Clerk