IN THE UNITED STATES DISTRICT COURT **F I L E D**
FOR THE DISTRICT OF COLORADO UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 3 2007

Civil Action No. 07-cv-00571-BNB

GREGORY C. LANGHAM
CLERK

PHILIP HILL,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JOE ORTIZ,
COLORADO TERRITORIAL CORRECTIONAL FACILITY,
CORRECTIONAL CORPORATION OF AMERICA,
EXECUTIVE DIRECTOR OF CCA,
PUEBLO STATE HOSPITAL,
CROWLEY COUNTY CORRECTIONAL FACILITY,
CHRISTINE MILLER,
JOHN AND JANE DOES OF CCF, PCH, and CTCF, and
STEPHEN SCHOENMAKERS,

      Defendants.

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

      Plaintiff Philip Hill is in the custody of the Colorado Department of Corrections

(DOC) and currently is incarcerated at the Crowley County Correctional Facility in Olney

Springs, Colorado.  Mr. Hill has submitted to the Court a *pro se* Prisoner Complaint

pursuant to 42 U.S.C. § 1983 alleging that he has been denied proper medical

treatment.

      The Court must construe the Complaint liberally because Mr. Hill is a *pro se*

litigant.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935

F.2d 1106, 1110 (10th Cir. 1991). If a complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [a court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, a court should not act as a *pro se* litigant's advocate. *See id.*

In the Complaint, Plaintiff alleges that in March 2005 he developed a serious medical condition, which since that time has not been properly treated and has resulted in multiple surgeries and continuing pain. Plaintiff seeks compensatory damages. He also asserts that he has exhausted his administrative remedies.

The case and the claims alleged against Defendants Joe Ortiz, Correctional Corporation of America, Executive Director of CCA, Christine Miller, John and Jane Does, and Stephen Schoenmakers will be drawn to a district judge and to a magistrate judge.

Defendants Colorado Department of Corrections, Colorado Territorial Correctional Facility, Pueblo State Hospital, and Crowley County Correctional Facility, however, will be dismissed from the action. Defendants Colorado Department of Corrections and Pueblo State Hospital are considered agencies of the State of Colorado. *See* Colo. Rev. Stat. § 24-1-128.5. The DOC correctional facilities, including the Colorado Territorial Correctional Facility and the Crowley County Correctional Facility, also are protected by Eleventh Amendment immunity. *See Will v. Michigan Dep't of State Police*, 491 U.S. 58, 66 (1989); *Meade v. Grubbs*, 841 F.2d 1512, 1525-26 (10th Cir. 1988). "It is well established that absent an unmistakable waiver by

2

the state of its Eleventh Amendment immunity, or an unmistakable abrogation of such immunity by Congress, the amendment provides absolute immunity from suit in federal courts for states and their agencies." *Ramirez v. Oklahoma Dep't of Mental Health*, 41 F.3d 584, 588 (10th Cir. 1994).

The State of Colorado has not waived its Eleventh Amendment immunity, *see Griess v. Colorado*, 841 F.2d 1042, 1044-45 (10th Cir. 1988), and congressional enactment of 42 U.S.C. § 1983 did not abrogate Eleventh Amendment immunity, *Quern v. Jordan*, 440 U.S. 332, 340-345 (1979). Accordingly, it is

ORDERED that Defendants Colorado Department of Corrections, Colorado Territorial Correctional Facility, Pueblo State Hospital, and Crowley County Correctional Facility are dismissed as parties to this action. It is

FURTHER ORDERED that the Clerk of the Court shall remove Defendants Colorado Department of Corrections, Colorado Territorial Correctional Facility, Pueblo State Hospital, and Crowley County Correctional Facility from the docket as parties to the action. It is

FURTHER ORDERED that the case and the claims alleged against remaining Defendants Joe Ortiz, Correctional Corporation of America, Executive Director of CCA, Christine Miller, John and Jane Does, and Stephen Schoenmakers shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that Plaintiff's Motion for Clarification on Order to Cure,

filed May 22, 2007, is denied as moot.

DATED at Denver, Colorado, this _13_ day of _____June_____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  07-cv-00571-BNB

Philip Hill
Prisoner No. 125252
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

I hereby certify that I have mailed a copy of the **ORDER**  to the above-named individuals on___ 6-13-07 ___

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk