**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   07-cv-00571-LTB-CBS

PHILIP HILL,

      Plaintiff,

v.

JOE ORTIZ,
CORRECTIONAL CORPORATION OF AMERICA,
EXECUTIVE DIRECTOR OF CCA,
CHRISTINE MILLER,
JOHN AND JANE DOES OF CCF, PCH, and CTCF, and
STEPHEN SCHOENMAKERS,

      Defendants.
_____

**ORDER**
_____

Upon pro se Plaintiff's Motion to Reconsider Order Dismissing Defendants Issued on June 13, 2007 by Chief Judge Weinshienk (Doc 21 - filed June 28, 2007), it is

ORDERED that the motion is DENIED.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   June 29, 2007