IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00571-LTB-CBS

PHILIP HILL,
    Plaintiff,
v.

JOE ORTIZ,
CORRECTIONAL CORPORATION OF AMERICA,
EXECUTIVE DIRECTOR OF CCA,
CHRISTINE MILLER,
JOHN AND JANE DOES OF CCCF, PCH, AND CTCF, and
STEPHEN SCHOENMAKERS,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE

Magistrate Judge Craig B. Shaffer

This civil action comes before the court for service of the Second Amended Complaint (doc. # 13). Pursuant to the Order of Reference dated June 20, 2007 (doc. # 18), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ." On April 20, 2007, the court granted Plaintiff Hill leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 9). It is now

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants who remain in the case after the court's June 13, 2007 "Order to Dismiss in Part and to Draw Case to a District Judge and to a Magistrate Judge" (doc. # 16), as listed in the above caption. If the Clerk of the Court is unable to do so, the United States Marshal shall serve a copy of the Second Amended Prisoner Complaint and summons upon the Defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants shall respond to the Second Amended Prisoner Complaint (doc. # 13) as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated at Denver, Colorado this 20th day of August, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00571-LTB-CBS

Philip Hill
Prisoner No. 125252
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Christine Miller  - **WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Joe Ortiz, Stephen Schoenmakers, Corrections Corporation of America, and Executive Director of CCA,

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Christine Miller ; to the US Marshal Service for service of process on Joe Ortiz, Stephen Schoenmakers, Corrections Corporation of America, and Executive Director of CCA; and to John Suthers: SECOND AMENDED COMPLAINT FILED 05/22/07, ORDER FILED 6/13/07, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/23/07 .

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk