IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00571-LTB-CBS

PHILIP HILL,

    Plaintiff,

v.

JOE ORTIZ,
CORRECTIONAL CORPORATION OF AMERICA,
EXECUTIVE DIRECTOR OF CCA,
CHRISTINE MILLER,
JOHN AND JANE DOES OF CCF, PCH, and CTCF, and
STEPHEN SCHOENMAKERS,

    Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Ortiz' Motion for Leave to Respond to Complaint Out of Time (*doc. no. 38)* is **GRANTED**. The Motion to Dismiss (*doc. no. 37)* filed by Defendant Ortiz on October 17, 2007 is accepted for filing as of the date of this order.

    IT IS FURTHER ORDERED that Plaintiff's response to Defendant Ortiz' Motion to Dismiss (*doc. no. 37)* is due no later than **November 13, 2007**. Please refer to D.C.COLOL.CIVR. 7.1 C for the deadline relating to the filing of the reply brief.

**DATED:**    October 22, 2007