IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00571-LTB-CBS

PHILIP HILL,
    Plaintiff,
v.

JOE ORTIZ, et al.
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Hill's "Motion for Clarification on Order to Cure" (filed May 22, 2007) (doc. # 12). Pursuant to the Order of Reference dated June 20, 2007 (doc. # 18), this matter is before the Magistrate Judge. In light of the Second Amended Prisoner Complaint (doc. # 13) and the June 13, 2007 "Order to Dismiss in Part and to Draw Case to a District Judge and to a Magistrate Judge" (doc. # 16),

    IT IS ORDERED that Hill's "Motion for Clarification on Order to Cure" (filed May 22, 2007) (doc. # 12) is DENIED as moot.

    DATED at Denver, Colorado, this 10th day of March, 2008.

                                BY THE COURT:

                                    s/Craig B. Shaffer
                                    United States Magistrate Judge