# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-00571-LTB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:  March 18, 2008 | Courtroom Deputy: Ben Van Dyke |

PHILIP HILL,                                                                          *Pro se*, via telephone

**Plaintiff,**

v.

CORRECTIONAL CORPORATION OF                              Edmund Kennedy
AMERICA, *et al.*,

**Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTIONS HEARING**
**Court in Session:      10:49 a.m.**
Court calls case.  Appearances of defense counsel and *pro se* plaintiff.

The parties discuss their pending motions to compel with the court.

**ORDERED:** The Motion to Compel Respondent's for Discovery [filed February 1, 2008; doc. 56] is denied for the reason stated on the record.

**ORDERED:** Defendant Correction Corporation of America's Motion to Compel Discovery [filed February 1, 2008; doc. 57] is granted in part and denied in part for the reason stated on the record.  Plaintiff shall supplement his responses to interrogatories #3, #4, and #9 consistent with the discussion on the record.

**ORDERED:** Plaintiff shall provide releases of records to defendant, Correction Corporation of America, and Correction Corporation of America shall then provide plaintiff with free copies of the pages of his records that he requests.

HEARING CONCLUDED.

**Court in recess:      11:39 a.m.**
Total time in court:      00:50