IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00571-LTB-CBS

PHILIP HILL,

    Plaintiff,

v.

JOE ORTIZ,
CORRECTIONAL CORPORATION OF AMERICA,
EXECUTIVE DIRECTOR OF CCA,
CHRISTINE MILLER,
JOHN AND JANE DOES OF CCF, PCH, and CTCF, and
STEPHEN SCHOENMAKERS,

    Defendants.
_____

**ORDER**
_____

This case is before me upon the Amended Recommendation of the United States Magistrate Judge that: (1) Plaintiff's "Petition to Move for Default Judgment [sic]" as to Defendant Steven Schoenmakers (Doc 52) be denied without prejudice for failure to serve a copy on Defendant Schoenmakers; and (2) Plaintiff's "Petition to Move for Default Judgment [sic]" as to Defendant Christine Miller (Doc 53) be denied as Defendant Miller has not been served with this civil action. The Amended Recommendation was issued and served on February 14, 2008. Plaintiff has filed no specific written objections to the Amended Recommendation and is thus barred from *de novo* review. Accordingly

IT IS ORDERED that Plaintiff's "Petition to Move for Default Judgment [sic]" as to Defendant Steven Schoenmakers (Doc 52) is DENIED WITHOUT PREJUDICE for failure

to serve a copy on Defendant Schoenmakers.

IT IS FURTHER ORDERED that Plaintiff's "Petition to Move for Default Judgment [sic]" as to Defendant Christine Miller (Doc 53) is DENIED as Defendant Miller has not been served with this civil action.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: March 24, 2008