## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-00571-LTB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: May 28, 2008** | **Courtroom Deputy:** Ben Van Dyke |

PHILIP HILL,                                          *Pro se*, via telephone

    **Plaintiff,**

v.

CORRECTIONAL CORPORATION OF           Edmund Kennedy
AMERICA, *et al.*,

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:**   **MOTIONS HEARING**
**Court in Session:**     3:11 p.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

**ORDERED:**   Plaintiff's Request for Enlargement of Time [filed April 17, 2008; doc. 72] is denied as moot.

**ORDERED:**   The Motion for Contempt of Court, Based on Defendants Refusal to Produce Documents Per Court Order, Dated 3/18/08 [filed April 17, 2008; doc. 73] is denied for the reasons stated on the record.

**ORDERED:**   The Motion for Contempt of Court, Based on Defendants Refusal to Produce Documents Per Court Order, Dated 3/18/08 [filed April 28, 2008; doc. 75] is denied for the reasons stated on the record.

**ORDERED:**   Defense counsel shall produce all released health and mental health records to the court for its *in camera* review within seventy-two hours of receipt of the records.

**ORDERED:**   Plaintiff's Response to Judge Lewis T. Babcock's Order to Dismiss Defendants John and Jane Does, from this Civil Action [filed May 20, 2008; doc. 82] is denied as moot.

**ORDERED:** Plaintiff may file a motion for leave to amend the complaint, with a copy of the proposed amended complaint attached, by June 20, 2008.

**ORDERED:** Defendant Correction Corporation of America's Motion to Allow Deposition of Plaintiff Philip Hill Pursuant to Fed. R. Civ. P. 30(a)(2) [filed May 27, 2008; doc. 84] is hereby withdrawn without prejudice.

HEARING CONCLUDED.

**Court in recess:** 4:05 p.m.
Total time in court: 00:54