## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-00571-LTB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 15, 2008 | Courtroom Deputy: Ben Van Dyke |

PHILIP HILL,                                                     *Pro se*, via telephone

    **Plaintiff,**

  v.

CORRECTIONAL CORPORATION OF                    Jennifer Veiga
AMERICA, *et al.*,

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:     1:59 p.m.**
Court calls case.  Appearances of defense counsel and *pro se* plaintiff.

The court discusses the mental health and health records it reviewed *in camera* with the parties.

**ORDERED:**   Defendants' counsel shall destroy and should not retain any copies of Bates labeled pages CCA-Hill 0057-0058, CCA-Hill 0072, CCA-Hill 0087-0090, CCA-Hill 0093-0094, CCA-Hill 0097-0102, and CCA-Hill 0104-0120.  All other records shall be produced to plaintiff by the court.

**ORDERED:**   Defendant Correction Corporation of America's Amended Motion to Allow Deposition of Plaintiff Philip Hill Pursuant to Fed. R. Civ. P. 30(a)(2) [filed July 7, 2007; doc. 92] is granted as modified by the discussion on the record.  Plaintiff's deposition shall go forward on August 4, 2008.

HEARING CONCLUDED.

**Court in recess**:     2:25 p.m.
Total time in court:    00:26