IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00571-LTB-CBS

PHILIP HILL,
    Plaintiff,
v.

CORRECTIONAL CORPORATION OF AMERICA, and
EXECUTIVE DIRECTOR OF CCA,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Plaintiff's Request for Production of Document No. [108], Motion for Summary Judgment" (filed March 12, 2009) (doc. # 117). Pursuant to the Order of Reference dated June 20, 2007 (doc. # 18) and the memorandum dated March 13, 2009 (doc. # 118), this matter was referred to the Magistrate Judge. Mr. Hill alleges that he has not received a copy of "Defendant Corrections Corporation of America's Motion for Summary Judgment" (doc. # 108). (*See also* doc. # 114 (alleging Mr. Hill has never received a copy of the summary judgment motion)). The court having reviewed Mr. Hill's request and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

1.     "Plaintiff's Request for Production of Document No. [108], Motion for Summary Judgment" (filed March 12, 2009) (doc. # 117) is GRANTED.

2.     Defendant Corrections Corporation of America is directed to, on or before March 20, 2009, re-mail to Mr. Hill a copy of its Motion for Summary Judgment" (doc. # 108) and the attached Exhibits A-1 through A-14 (docs. # 108-2 through 108-15).

3.     Mr. Hill shall file his response to Defendant Corrections Corporation of America's Motion for Summary Judgment **on or before April 30, 2009**.

DATED at Denver, Colorado, this 13th day of March, 2009.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge