IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00571-LTB-CBS

PHILIP HILL,
    Plaintiff,
v.

CORRECTIONAL CORPORATION OF AMERICA, and
EXECUTIVE DIRECTOR OF CCA,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Plaintiff's Request for Production of Document No. (108), Motion for Summary Judgment" (filed March 16, 2009) (doc. # 121). Pursuant to the Order of Reference dated June 20, 2007 (doc. # 18) this matter is before the Magistrate Judge.

Mr. Hill once again alleges that he has not received a copy of "Defendant Corrections Corporation of America's Motion for Summary Judgment" (doc. # 108). (*See also* docs. # 117 and 114 (alleging Mr. Hill has never received a copy of the summary judgment motion)). On March 13, 2009, the court directed Defendants to re-mail to Mr. Hill a copy of "Defendant Corrections Corporation of America's Motion for Summary Judgment" (doc. # 108) and the attached Exhibits A-1 through A-14 (docs. # 108-2 through 108-15). (*See* Order (doc. # 119)). On March 16, 2009, Defendants filed a Certificate of Service indicating that copies of the Motion for Summary Judgment and the accompanying exhibits were mailed to Mr. Hill on March 13, 2009. (*See* doc. # 120). The court having reviewed Mr. Hill's request and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1. "Plaintiff's Request for Production of Document No. (108), Motion for Summary Judgment" (filed March 16, 2009) (doc. # 121) is DENIED AS MOOT.

2. Mr. Hill shall file his response to Defendant Corrections Corporation of America's Motion for Summary Judgment (doc. # 108) **on or before April 30, 2009**.

3. Defendants may file any reply to their Motion for Summary Judgment on or before May 18, 2009.

DATED at Denver, Colorado, this 17th day of March, 2009.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge