**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00571-LTB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: June 11, 2009** | **Courtroom Deputy:** Linda Kahoe |

PHILIP HILL,   *Pro se* (via telephone)

    Plaintiff,

    v.

CORRECTIONAL CORPORATION OF   Joseph Patrick Sanchez
OF AMERICA, *et al.*,

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in session:   4:00 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding Defendant Corrections Corporation of America's Motion for Summary Judgment (doc #108, filed 2/20/2009) and Plaintiff's Motion, Requesting a Delay, or Continuance, Due to Plaintiff being Released from Prison (doc #133, filed 5/29/2009).

For the reasons as stated on the record, it is

ORDERED:   Plaintiff's Motion, Requesting a Delay, or Continuance, Due to Plaintiff being Released from Prison (doc #133, filed 5/29/2009) is DENIED.

ORDERED:   Plaintiff shall file a Response to Defendant Corrections Corporation of America's Motion for Summary Judgment (doc #108, filed 2/20/2009) on or before JUNE 30, 2009.

HEARING CONCLUDED.

**Court in recess**:    **4:18 p.m.**
Total time in court:   00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.