**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00571-LTB-CBS

PHILIP HILL,

        Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, and
EXECUTIVE DIRECTOR OF CORRECTIONS CORPORATION OF AMERICA,

        Defendants.

___

**ORDER**
___

This case is before me upon the Recommendation of the Magistrate Judge that Defendant Corrections Corporation of America's Motion for Summary Judgment (Doc 108) be granted and judgment on the Second Amended Complaint (Doc 13) be entered in favor of Defendants Corrections Corporation of America and "Executive Director of CCA" with each party to pay his or its own costs and attorney fees. The Recommendation was issued and served on July 2, 2009 and reserved on July 15, 2009. Plaintiff has failed to file timely written objections to the Recommendation. Accordingly, Plaintiff is barred from *de novo* review.

IT IS THEREFORE ORDERED that the Motion for Summary Judgment of Defendant Corrections Corporation of America (Doc 108) is GRANTED and judgment on the Second Amended Complaint is entered in favor of Defendants Corrections Corporation of America

and "Executive Director of CCA" with each party to pay his or its own attorney fees and costs.

      IT IS THEREFORE ORDERED that the above action is DISMISSED.

      BY THE COURT:

      s/Lewis T. Babcock  
      Lewis T. Babcock, Judge

DATED:  August 11, 2009